FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG - 8 2005

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS LIABILITY : CIVIL ACTION
LITIGATION (NO. VI) : NO. MDL 875

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

EDWIN O. WACHHOLTZ, )
)
    Plaintiff, )
)
v. ) No. 8:99CV68
)
UNION PACIFIC RAILROAD COMPANY, )
a Delaware corporation, )
)
    Defendant. )

### ORDER OF DISMISSAL

The above-titled action, having come before the Court, upon the parties' Stipulation for Dismissal, it is hereby dismissed, with prejudice, each party to bear their own costs, this 28th day of July, 2005.

_____
Judge

Charles R. Weiner

3120138

RECEIVED

AUG 0 8 2005

CLERK
U.S. DISTRICT COURT
OMAHA